UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARY A. BAYHAM, JR.** | * | **CIVIL ACTION** |
| | * | |
| **versus** | * | **No. 11-1815** |
| | * | |
| **GROSSE TETE WELL SERVICE, INC., ET AL.** | * | **SECTION "L" (1)** |
| | * | |

### ORDER

The Court having been advised that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and it is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS** MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 12th day of August, 2013.

_/s/ Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE

1